UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHRISTINA M. BEAUDOIN, <br><br> Plaintiff, <br> v. <br><br> JOHN M. VANLIESHOUT and REINHART BOERNER VANDEUREN S.C., <br><br> Defendants. | Case No. 17-CV-37-JPS <br><br><br> ORDER |

On January 10, 2017, the plaintiff filed a motion to dismiss this action without prejudice and obtain a refund of her filing fee. (Docket #3). Two days later, she moved to withdraw that request. (Docket #5). The motion to withdraw will be granted.

The plaintiff has styled her complaint as a "notice of removal." *See* (Docket #6). The document, however, appears to be a standard civil complaint. To that end, the plaintiff attempts to state various claims against the defendants, rather than simply removing the defendants' state court lawsuit to this Court. *Id.*; *see Miss Lee, LLC vs. Christina M. Beaudoin*, Milwaukee County Circuit Court, 2016-CV-5368. Even if this action could be considered a removal of the state court lawsuit, it is not clear that Ms. Beaudoin complied with the procedures for effecting proper removal, including giving notice to the defendants. She has also failed to request summons to serve her complaint in the usual fashion.

To ensure that this matter proceeds expeditiously, the Court will order the defendants to respond to this action by **March 3, 2017**. *See* 28 U.S.C. § 1447(a) ("In any case removed from a State court, the district court may issue all necessary orders and process to bring before it all proper parties whether

served by process issued by the State court or otherwise."). This Order has no effect on any of the defendants' procedural or substantive defenses to the complaint. The Clerk of the Court is directed to serve this Order and a copy of the plaintiff's pleading (Docket #6) on the defendants by U.S. mail.[1]

Accordingly,

**IT IS ORDERED** that the plaintiff's motion to withdraw (Docket #5) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the plaintiff's motion to dismiss and for a refund of the filing fee (Docket #3) be and the same is hereby **STRICKEN**; and

**IT IS FURTHER ORDERED** the Clerk of the Court shall serve this Order and a copy of the plaintiff's pleading (Docket #6) on the defendants via U.S. mail; and

**IT IS FURTHER ORDERED** that the defendants shall respond to this action no later than **March 3, 2017**.

Dated at Milwaukee, Wisconsin, this 1st day of February, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

---

[1] The defendants are a law firm and an attorney with that firm based in Milwaukee. Their address, as noted in the complaint and confirmed by the firm's website, is 1000 North Water Street, Suite 1700, Milwaukee, WI 53202.